William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REBECCA JO WIKLUND, <br><br> Defendant. | **2:19-CR-213-RMP** <br><br> INDICTMENT <br><br> Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii): Distribution of 50 Grams or More of Actual (Pure) Methamphetamine <br><br> 21 U.S.C. § 853: Forfeiture Allegations |

The Grand Jury charges:

On or about September 17, 2019, in the Eastern District of Washington, the Defendant, REBECCA JO WIKLUND, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

INDICTMENT – 1

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as set forth in this Indictment, the Defendant, REBECCA JO WIKLUND, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

$5,000.00 in United States currency representing the amount of proceeds Defendant obtained as a result of the controlled substance offense.

If any of the property described above, as a result of any act or omission of the Defendant, REBECCA JO WIKLUND,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

//
//
//
//
//
//
//
//

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 17 day of December, 2019.

William D. Hyslop
United States Attorney

David M. Herzog
Assistant United States Attorney

INDICTMENT – 3