William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA JO WIKLUND,<br><br>Defendant. | 19-CR-00213-RMP<br><br>Discovery Status Report |

The United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, having met and conferred with Ms. Lorinda Youngcourt, counsel for Defendant Rebecca Jo Wiklund ("Defendant"), in the above-captioned matter, hereby submits the following discovery status report, pursuant to the Court's pretrial order. (ECF No. 14.)

1.   On December 18, 2019, a Grand Jury returned an Indictment charging Defendant with one count of Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). (ECF No. 1.)

Discovery Status Report - 1

2.   On the same date, the Court issued a summons for Defendant's appearance on January 7, 2020, before the Honorable John T. Rodgers, United States Magistrate Judge. (ECF No. 4.) After a detention hearing on January 7, 2020, Judge Rodgers ordered Defendant released. (ECF No. 13.)

3.   On January 9, 2020, the Court ordered counsel to meet and confer regarding discovery by no later than January 21, 2020, and to submit this report within three days thereafter. (ECF No. 14.)

4.   On January 17, 2020, counsel for the United States met and conferred with defense counsel, regarding discovery and the submission of this status report. Counsel for the United States explained that the United States would be producing discovery as soon as the Court granted the United States' motion to unseal a previously-sealed GPS/historic cell site warrant (a "ping" warrant). The defense agreed that this was a satisfactory plan.

5.   As of January 21, 2020, the Court granted the United States' motion to unseal, and the United States produced discovery to the defense, including the ping warrant, a search warrant application, substantive reports documenting Defendant's alleged conduct, video and audio recordings, Defendant's criminal history report, and screen shots of text messages.

6.   Neither the United States nor Defendant have any additional discovery issues at this point, but will contact the Court if necessary to resolve any discovery issues that may arise.

Discovery Status Report - 2

7. The United States is producing discovery to Defendant via the USAFx system. During the week of January 21, 2020, the United States sent a letter to defense counsel outlining the USAFx discovery production system and explaining how to access the discovery in the case. The United States will continue to produce discovery using this system on a rolling basis as any new discovery becomes available and is processed into the system.

Dated: January 21, 2020

William D. Hyslop
United States Attorney

*s/David M. Herzog*
David M. Herzog
Assistant United States Attorney

*s/Lorinda Youngcourt (with permission via email)*
Lorinda Youngcourt
Attorney for Defendant

Discovery Status Report - 3

**CERTIFICATION**

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System.

*s/David M. Herzog*
David M. Herzog
Assistant United States Attorney

Discovery Status Report - 4