FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA JO WIKLUND,<br><br>Defendant. | No. 2:19-CR-00213-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED<br>(ECF No. 17)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 17**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests modification of condition #14 allowing her to travel outside the Eastern District of Washington to visit her mother and cousin in Orofino, Idaho.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 17**, is **GRANTED**. Defendant is permitted to travel to Orofino, Idaho *provided* she obtains pre-approval from U.S. Probation before leaving this district, and provides a means to contact her at all times she is out of this district, and a time she will return to this district.

///

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 29, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2