1
2
3
4



Lorinda Meier Youngcourt
Trial Attorney, WA Bar 50988
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for Rebecca Jo Wiklund

5

6     UNITED STATES DISTRICT COURT

7     EASTERN DISTRICT OF WASHINGTON

8

9  UNITED STATES OF AMERICA,            Case No. 2:19-CR-213-RMP

10         Plaintiff,

11     v.                               Motion to Expedite

12                                      May 5, 2020
   REBECCA JO WIKLUND,                  WITHOUT ORAL ARGUMENT

13         Defendant.

14

15

16    REBECCA JO WIKLUND, by counsel, Lorinda Meier Youngcourt, moves the

17 Court to consider the motion to continue status conference on an expedited basis.

18

19 Dated:  April 28, 2020

20                              /s/ Lorinda Meier Youngcourt
                                Lorinda Meier Youngcourt
21                              Federal Defenders of Eastern WA & ID

MOTION TO EXPEDITE - 1

10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

### Certificate of Service

I certify that on April 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney David Herzog.

*/s/ Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

MOTION TO EXPEDITE - 2