FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2020

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>REBECCA JO WIKLUND,<br><br>               Defendant. | NO:  2:19-CR-213-RMP-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT is an Unopposed Motion to Modify Condition of Release, ECF No. 46, and accompanying Motion to Expedite hearing of the same, ECF No. 47.  Defendant seeks a modification to her pre-sentencing release conditions to allow her to accompany her mother as her mother moves from Orofino, Idaho, to Lewiston, Idaho.  ECF No. 46 at 2.  Defendant's present conditions of release already permit Defendant to make pre-approved, scheduled trips to her mother in Orofino, Idaho.  ECF No. 18.  Defendant, through defense counsel Assistant Federal Defender Lorinda M. Youngcourt, conveys that Assistant United States Attorney David Herzog

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

and United States Probation Officer Erik Carlson have been contacted and have no objection to the relief that Defendant seeks.  ECF No. 46 at 1 n.1.

Having reviewed the Unopposed Motion to Modify and the remaining record, the Court is fully informed and finds good cause to modify Ms. Wiklund's conditions of release on an expedited basis.  Accordingly**, IT IS HEREBY ORDERED**:

1.     Defendant's Unopposed Motion to Modify Condition of Release, **ECF No. 46**, and accompanying Motion to Expedite hearing of the same, **ECF No. 47**, are **GRANTED**.

2.     Condition Number 14 is modified as follows:

Defendant is permitted to travel to Orofino, Idaho; between Orofino and Lewiston, Idaho; and from Lewiston back to the Eastern District of Washington, on December 17 and 18, 2020. While under supervision, Defendant is permitted to travel to visit her mother in Lewiston, Idaho, *provided* she obtains pre-approval from U.S. Probation before leaving this District, and provides a means to contact her at all times she is out of this District, and a time she will return to this District.  Other than these exceptions, Defendant shall remain in the Eastern District of Washington while the case is pending.

3.     All other conditions of release as ordered in ECF Nos. 13 and 18 remain in full force and effect.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel and to United States Probation Officer Erik Carlson.

**DATED** December 17, 2020.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge

ORDER MODIFYING CONDITIONS OF RELEASE ~ 3