(V PROB 12C (6/16))

Report Date: July 30, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Rebecca Jo Wiklund                Case Number: 0980 2:19CR00213-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 23, 2021

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams of More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 1 day (time served) TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 23, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: June 22, 2026 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Rebecca Wiklund violated the terms of her supervised release by consuming a controlled substance, methamphetamine on July 1, 2021. |
| | On June 28, 2021, a supervision intake was completed at the U.S. Probation Office. Ms. Wiklund signed a copy of her judgment, acknowledging an understanding of the conditions imposed by the Court, to include special condition number 2, noted above. |
| | That same day, Ms. Wiklund submitted to an initial urinalysis, which tested negative for illicit substances. She was placed on random urinalysis testing with Pioneer Human Services (PHS) and was advised to call the color line daily to determine if testing is required each day. |

Prob12C
Re: Wiklund, Rebecca Jo
July 30, 2021
Page 2

On July 1, 2021, she appeared at PHS and submitted to a random urinalysis as required. The sample tested presumptive positive for methamphetamine. She denied use and the sample was sent to Alere Toxicology Services (Alere) for additional testing.

On July 14, 2021, Alere confirmed the specimen submitted on July 1, 2021, was confirmed positive for the presence of methamphetamine. Ms. Wiklund was confronted about this positive result and she has consistently denied drug use, despite the positive lab report.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under a penalty of perjury that the foregoing is true and correct.

Executed on:   07/30/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/30/2021

Date